B6A (Official Form 6A) (12/07)

In re  Marven Wamwright,  
        Debtor

Case No. 1-13-43546-ess  
(If known)

*AMENDED*

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 4441 Collins Avenue Unit 2603 Miami Beach, FL 33140 | Part Owner | | 450,000.00 | 700,000.00 |
| 4441 Collins Avenue Unit 3003 Miami Beach, FL 33140 | Part Owner | | 450,000.00 | 687,000.00 |
| 4441 Collins Avenue Unit 2601 Miami Beach, FL 33140 | Part Owner | | 435,000.00 | 695,000.00 |
| 4441 Collins Avenue Unit 2202 Miami Beach, FL 33140 | Part Owner | | 450,000.00 | 695,000.00 |
| 4441 Collins Avenue Unit 3505 Miami Beach, FL 33140 | Part Owner | | 450,000.00 | 695,000.00 |
| 4441 Collins Avenue Unite 714 Miami Beach, FL 33134 | Part Owner | | 950,000.00 | 522,000.00 |
| 4441 Collins Avenue Unit 716 Miami Beach, FL 33134 | Part Owner | | 650,000.00 | 325,000.00 |
| 4441 Collins Avenue Unit 2204 Miami Beach, FL 33134 | Part Owner | | 950,000.00 | 450,000.00 |

Total▶ 4,785,000.00  
(Report also on Summary of Schedules.)

In re  Marven Wamwright   ,   Case No.  1-13-43546-ess
       Debtor                             (if known)

*AMENDED*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. US Bank National Ass c/oFlorida Default Law 9119 Corp Lake Dr3fl Tampa, FL 33634 | | | 10/14/2005 4441 Collins Av Unit 2202  VALUE $ 450,000.00 | | | | 695,000.00 | |
| ACCOUNT NO. US Bank National Assoc c/oFlorida Default Law 9119 Corp Lake Dr3Fl Tampa, FL 33634 | | | 10/14/2005 4441 Collins Ave Unit 3505  VALUE $ 450,000.00 | | | | 695,000.00 | |
| ACCOUNT NO. US Bank Natl Assoc. c/oDavid J. Stern, PA 900SPine Is Rd St400 PlantationFL 33324 | | | 11/03/2005 4441 Colins Ave Unit 714  VALUE $ 950,000.00 | | | | 522,000.00 | |
| ACCOUNT NO. Indy Mac Bank c/o FloridaDefault Law 9119 CorpLake Dr3FL Tampa, FL 333634 | | | 2006 4441 Collins Ave Unit 716  VALUE $ 650,000.00 | | | | 325,000.00 | |
| ACCOUNT NO. Regions Bank c/oGarrido&Rundquist 2800PoncedeLeonBlv CoralGables,FL 3313 | | | 2006 4441 Collins Aven Unit 2204  VALUE $ 950,000.00 | | | | 450,000.00 | |

Sheet no.____of____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶ (Total(s) of this page)      $ 2,687,000.00      $

Total(s) ▶ (Use only on last page)      $ 4,769,000.00      $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

RECEIVED 2013 OCT -4 P 12: 16 U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

In re Marven Wainwright   Case No. 1-13-43546-ess

Schedule D has 3 ADDITIONAL PROPERTIES ADDED TO IT.

CREDITORS

1. 4441 Collins Ave
   Miami Beach, FL. 33140
   UNIT 714

   US BANK NATL. ASSOC
   c/o DAVID J. STERN PA
   900 S PINE IS Rd. St 400
   PLANTATION, FL. 33324

2. 4441 Collins Ave
   Miami Beach, FL. 33140
   UNIT 2204

   REGIONS BANK
   c/o GARRIDO & RUNDQUIST
   2800 PONCE DE LEON Blvd.
   CORAL GABLES, FL 33313

3. 4441 Collins Ave
   Miami Beach, FL. 33140
   UNIT 716

   INDY MAC BANK
   c/o FLORIDA DEFAULT LAW
   9119 CORP LAKE DR 3 FL
   TAMPA, FL 33634

2013 OCT -4 P 12: 16
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
RECEIVED