UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------x
In Re

MARVEN WAMWRIGHT,

        Debtor
--------------------------------------------x

Case No. 1-13-43546-ess

Chapter 13

     MARVEN WAMWRIGHT, the debtor herein, states as follows:

     1.  I am self-employed.  I do not receive pay stubs.

     2.  Because of the above I cannot submit pay stubs or other documentation regarding my income.

~~September~~ ___, 2013
10-3-13

                              Marven Wamwright

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2013 OCT -4 P 12: 12
RECEIVED