UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

    MARVEN WAMWRIGHT,

                         Debtor.

Chapter 13

Case No. 13-43546 (ESS)

------------------------------------------------------------X
MARVEN WAMWRIGHT,

                         Plaintiff,

   - against-

CADLE ROCK JOINT VENTURE, L.P.,
JP MORGAN CHASE, DELSHA 721
FIFTH 45K LLC, MARC BENHURI,
MOISES KROITORO AND BERTHA
EPSTEIN,

                       Defendants.

Adv. Proc. No. 13-01529 (ESS)

------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS
## PURSUANT TO BANKRUPTCY RULE 2002

      PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned bankruptcy proceeding as attorney for JPMorgan Chase Bank, N.A. s/h/a JP Morgan Chase.

      PLEASE TAKE FURTHER NOTICE that demand is hereby made that copies of all pleadings and papers served or filed in the above-captioned bankruptcy proceeding, including without limitation, any notices required or permitted pursuant to Bankruptcy Rules 2002(a), (b), (e), (f), (h) and (l) be served upon:

                    STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
                    *Attorneys for JPMorgan Chase Bank, N.A.*
                    *s/h/a JP Morgan Chase*
                    401 Franklin Avenue
                    Garden City, New York 11530
                    Attn: Michael Kwiatkowski, Esq.
                    (516) 812-4500
                    mkwiatkowski@stcwlaw.com

Dated: Garden City, New York
December 23, 2013

                                      Stagg, Terenzi, Confusione & Wabnik, LLP

                       By:      /s/ Michael Kwiatkowski
                                Michael Kwiatkowski (MK-7365)
                              *Attorneys for JPMorgan Chase Bank, N.A.*
                              *s/h/a JP Morgan Chase*
                              401 Franklin Avenue, Suite 300
                              Garden City, New York 11530
                              (516) 812-4500

TO:    Marven Wamwright
        390 Eastern Parkway, Apt. 5G
        Brooklyn, New York 11225

        Marven Wamwright
        70A Greenwich Avenue #180
        New York, New York 10011

        Office of the United States Trustee
        Eastern District of New York (Brooklyn Office)
        U.S. Federal Office Building
        201 Varick Street, Suite 1006
        New York, NY 10014

        Marianne DeRosa
        115 Eileen Way, Suite 105
        Syosset, New York 11791

        Vlock & Associates, P.C.
        *Attorneys for Defendant CadleRock Joint Venture, L.P.*
        380 Madison Avenue, 22nd Floor
        New York, New York 10017
        Attn: Stephen Vlock, Esq.

        Marc Benhuri, Moises Kroitoro, Bertha Epstein
        c/o Nathaniel Smith, Esq.
        111 Broadway
        New York, New York 10006

Delshah 721 Fifth 45K LLC
114 East 13th Street, Front 1
New York, New York 10011