

# *WebHousing - Appearance Detail*

County:          **New York**
Index Number:    **88222/2013**
Case Name:       **Delshah 721 Fifth 45k Llc vs. Cooper/bersson, Mel/david**

**Appearance Information**

| Appearance Date/Time | Calendar Category | Judge/ Part | Calendar Marking |
|---|---|---|---|
| Jan 10, 2014 9:30 a.m. | Housing Adjourned Holdover | Part H ,Rm.523 | |
| Nov 26, 2013 9:30 a.m. | Housing New Holdover | Sheldon Halprin Part H ,Rm.523 | Adjourned |

Close