UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE:                                                    CASE NO.: 13-43546

   Marven Wamwright,                              Chapter: 13
                                                JUDGE: ELIZABETH S. STONG

                      DEBTOR.           **NOTICE OF APPEARANCE**

-------------------------------------------------------X

SIR:

       **PLEASE TAKE NOTICE**, that Regions Mortgage, Inc., in connection with the property known as 4401 Collins Ave, Unit 2204, Miami Beach, FL 33140, hereby appears in the above action, by and through its attorney, Rosicki, Rosicki & Associates, P.C., and demand that all papers in the case be served on the undersigned at the address stated below.

       **PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: January 10, 2014
       Plainview, NY

                                                                            Respectfully submitted,

                                                                         ROSICKI, ROSICKI & ASSOCIATES, P.C.
                                                                         By: Barbara Dunleavy, Esq.
                                                                         Attorneys for Regions Mortgage, Inc.
                                                                         Main Office 51 E Bethpage Road
                                                                         Plainview, NY 11803
                                                                         516-741-2585

TO:

Alan Stein, Esq.
479 South Oyster Bay Road
Plainview, NY 11803

Marianne DeRosa, Esq.
Trustee
115 Eileen Way Suite 105
Syosset, NY 11791

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE:                                    CASE NO.: 13-43546

  Marven Wamwright,

                    DEBTOR.        **NOTICE OF APPEARANCE**
------------------------------------------------------X

---

### NOTICE OF APPEARANCE

---

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
Main Office 51 E Bethpage Road
Plainview, NY 11803
516-741-2585

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                                  CASE NO.: 13-43546

Marven Wamwright,

                                        DEBTOR.    **Affidavit of Service**
------------------------------------------------------------X
STATE OF NEW YORK    )
                           )ss:
COUNTY OF NASSAU    )

      Matthew A Terranova, being duly sworn, deposes and says:
      I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.
      On January 10, 2014, I served the Notice of Appearance and Demand for Service of All Papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Alan Stein, Esq.
479 South Oyster Bay Road
Plainview, NY 11803

Marianne DeRosa, Esq.
115 Eileen Way Suite 105
Syosset, NY 11791

                                                           _____
                                                           Matthew A Terranova

Sworn to before me this
10 day of January, 2014
_____
NOTARY PUBLIC

                                        CATHERINE JONES
                           Notary Public - State of New York
                               No. 01JO6143668
                             Qualified in Nassau County
                      My Commission Expires April 17, 2014